# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KHOULAH YOUSUF,<br><br>              Plaintiff,<br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>              Defendant. | Case No. 07-cv-1470-JPD<br><br>ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. §406(b) |

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Motion For Attorneys Fees Pursuant To 42 U.S.C.§ 406(b), the Court having considered the contentions of Plaintiff, Defendant's statement that he has no objection to the request, and good cause having been shown for entry of the Order, now therefore, it is hereby

ORDERED that Plaintiff's attorney, Sandra Widlan of Schroeter, Goldmark & Bender, is awarded attorney fees pursuant to 42 U.S.C. § 406(b) in the amount of $9,045.00, minus any processing fees allowed by statute, and it is further

///

///

///

ORDER
PAGE 1

ORDERED that Plaintiff's attorney will refund the amount received under the EAJA of $3,607.50 to Plaintiff, which represents the total of the smaller fee, pursuant to Pub. L. No. 99-80, §3 99 Stat. 183, 186 (1985).

DATED this 23rd day of March, 2009.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge